CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER  (State Bar No. 180936)
NORMAN LAU (State Bar No. 253690)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:        cmellema@sonnenschein.com
                  jbutler@sonnenschein.com
                  nlau@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NICHOLAS A. CORDANO,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY;<br>and DOES 1 through 20, Inclusive,<br><br>Defendants. | No. 2:08-CV-02031 FCD KJM<br><br>**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO CONTINUE TRIAL AND ALL PRE-TRIAL DATES** |

By and through their counsel of record, the parties jointly submit this stipulation asking the Court modify its Status (Pretrial Scheduling) Order to continue all trial and pretrial dates by at least 120 days.  Good cause exists to modify these portions of the Order for the following reasons:

1.    On, February 11, 2009, Dugan Barr, attorney for Plaintiff Nicholas Cordano, underwent heart bypass surgery.

2.    Mr. Barr is the only attorney at his firm specializing in insurance bad faith cases and has been lead attorney in the case.

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 NORTH CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA  94596
(925) 949-2600

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 NORTH CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(925) 949-2600

3. Due to his surgery, Mr. Barr will not return to his office until mid-May at the earliest. When he does return to work, Mr. Barr will have to attend to all of his current case load.

4. The discovery cut off date is currently set for July 24, 2009.

5. Allstate has propounded discovery, but plaintiff has not been able to respond to Allstate's discovery requests due to Mr. Barr's absence. Plaintiff has yet to propound discovery.

6. The parties will not be able to complete discovery by July 24, 2009, given that Mr. Barr will not return to work until mid-May at the earliest, and no discovery has been completed to date.

7. Plaintiff and Allstate agree that the schedule should be modified as follows:

| | |
|---|---|
| Non-expert discovery cut-off: | November 24, 2009 |
| Expert Disclosures: | December 7, 2009 |
| Expert Discovery Cut-Off: | January 28, 2010 |
| Last Day to Hear Dispositive Motions: | April 4, 2010 |
| Final Pre-Trial Conference: | June 2010 |
| Trial: | August 2010 |

Dated: March 17, 2009

Respectfully submitted,
BARR & MUDFORD, LLP


By _____ /s/ David Case _____

Attorneys for Plaintiff
NICHOLAS CORDANO

Dated: March 18, 2009

Respectfully submitted,
SONNENSCHEIN NATH & ROSENTHAL LLP


By _____ /s/ Cynthia Mellema _____
        CYNTHIA MELLEMA

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# ORDER

Pursuant to the foregoing stipulation, the Court finds there is good cause to modify its Status (Pre-Trial Scheduling) Order as follows:

| | |
|---|---|
| Non-expert discovery cut-off: | November 24, 2009 |
| Expert Disclosures: | December 7, 2009 |
| Supplemental Disclosures: | **December 21, 2009** |
| Expert Discovery Cut-Off: | **January 28, 2010** |
| Last Day to Hear Dispositive Motions: | **April 9, 2010** |
| Final Pre-Trial Conference: | **June 11, 2010, at 2:00 p.m**. |
| Jury Trial: | **August 17, 2010, at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated: March 18, 2009

_____

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 NORTH CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(925) 949-2600